UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DILENIA PAGUADA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br><br>POSH PEANUT, INC.<br><br>Defendant. | Docket No: 1:20-cv-09765<br><br><br><br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff DILENIA PAGUADA, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

   Dated:   Queens, New York
            June 30, 2021

                                    Respectfully submitted,

                                    /s/ *Mars Khaimov*

                                    Mars Khaimov, Esq.
                                    Mars Khaimov Law, PLLC
                                    10826 64th Avenue, Second Floor
                                    Forest Hills, New York 11375
                                    marskhaimovlaw@gmail.com

1